IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENRY,<br><br>    Petitioner,<br>vs.<br><br>CHARLES D. MARSHALL,<br><br>    Respondent. | Case No. CIV-S-94-0916 JKS<br><br>**JUDGMENT<br>IN A § 2254 CASE** |

\_\_\_   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for post-conviction relief pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

September 7, 2005
Date

Jack L. Wagner, Clerk
Clerk

(By) Deputy Clerk