DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorney for Petitioner
ROBERT HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENRY, | NO. Civ. 94-0916 JKS EFB |
| Petitioner, | **STIPULATED REQUEST TO CONTINUE EVIDENTIARY HEARING and ORDER** |
| v. | |
| CHARLES D. MARSHALL, | Honorable Edmund F. Brennan |
| Respondent. | |

Petitioner, ROBERT HENRY, by and through his attorneys, Assistant Federal Defenders David M. Porter and Tivon Schardl, and Respondent, CHARLES D. MARSHALL, by and through his attorney MICHAEL DAMIAN O'REILLEY, hereby stipulate to continue the evidentiary hearing currently set for the week of April 7, 2008, to the week of June 23,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  2008, beginning at 10:00 a.m., each day, until completed.

2  DATED:  March 17, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN, Jr.                DANIEL J. BRODERICK
   Attorney General                    Federal Defender

6  __/s/ *Michael Damian O'Reilley*    ____/s/ *David M. Porter*___
   MICHAEL DAMIAN O'REILLEY            DAVID M. PORTER
7  Deputy Attorney General             Assistant Federal Defender

8  Attorney for Respondent             Attorney for Petitioner
   CHARLES D. MARSHALL                 ROBERT HENRY

10                                 ORDER

11       Pursuant to the parties' stipulation, and good cause appearing
12  therefor, it is hereby ordered that the evidentiary hearing currently
13  set for the week of April 7, 2008, is CONTINUED to the week of August
14  4, 2008, beginning at 10:00 a.m., each day, until completed.

15  Dated:  March 26, 2008

                                       Honorable EDMUND F. BRENNAN
17                                     U.S. Magistrate Judge

2