IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT HENRY,** | CIV 94-0916 JKS (EFB) |
| Petitioner, | **ORDER** |
| v. | |
| **CHARLES D. MARSHALL,** | |
| Respondent. | |

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing currently set for the week of August 4, 2008, is continued to the week of November 3, 2008, beginning at 9:15 a.m. each day until completed.

DATED: July 23, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Order - Henry v. Marshall - CIV 94-0916 JKS (EFB)