IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENRY,<br><br>        Petitioner,<br><br>   v.<br><br>CHARLES D. MARSHALL, Acting Warden<br>of the California State Prison at Corcoran,<br><br>        Respondent.<br>_____ | NO. CIV S-94-00916 JKS<br><br>**ORDER TO TAKE MATTER OFF CALENDAR AND ENTERING ORDER GRANTING ISSUANCE OF SUBPOENAS**. |

On September 26, 2008, Petitioner filed a "Request to Take Matter off Calendar and Enter Order Granting Issuance of Subpoenas" seeking that a hearing currently scheduled for Wednesday October 1, 2008 at 10:00 a.m., be taken off calendar, and asking the Court to enter an order granting issuance of two subpoenas. In light of the fact that the hearing in question was on an "Unopposed Motion For Leave to Conduct Discovery" seeking the issuance of two subpoenas, to the Solano County District Attorney's office and the Vallejo Police Department respectively the Court hereby:

    1)    Grants the Motion to take the matter off calendar, and;

    2)    Orders that the two subpoenas issue forthwith.

DATED: September 29, 2008

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE