DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
TIVON SCHARDL, FL Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Petitioner
ROBERT HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENRY,<br><br>            Petitioner,<br><br>    v.<br><br>CHARLES D. MARSHALL,<br><br>            Respondent. | NO. Civ. 94-0916 JKS EFB<br><br>**STIPULATED REQUEST TO CONVERT EVIDENTIARY HEARING TO STATUS CONFERENCE; ORDER**<br><br>Date:  November 3, 2008<br>Time:  9:15 a.m.<br>Court: 25<br>Judge: Honorable Edmund F. Brennan |

In light of the pending pro se motion for new counsel or to proceed pro se, filed by Mr. Henry on August 1, 2008, Petitioner, ROBERT HENRY, by and through his attorneys, Assistant Federal Defenders David M. Porter and Tivon Schardl, and Respondent, CHARLES D. MARSHALL, by and through his attorney MICHAEL DAMIAN O'REILLEY, jointly request that the Court convert the November 3, 2008, Evidentiary Hearing to a

/ / /

/ / /

/ / /

/ / /

/ / /

Status Conference.

DATED:  October 23, 2008

Respectfully submitted,

| EDMUND G. BROWN, Jr. | DANIEL J. BRODERICK |
| Attorney General | Federal Defender |

__/s/ *Michael Damian O'Reilley*__          __/s/ *David M. Porter*__
MICHAEL DAMIAN O'REILLEY               DAVID M. PORTER
Deputy Attorney General                Assistant Federal Defender

Attorney for Respondent                Attorney for Petitioner
CHARLES D. MARSHALL                    ROBERT HENRY

ORDER

Pursuant to the parties' joint request, and good cause appearing therefor, it is hereby ordered that the November 3, 2008 Evidentiary Hearing is converted to a Status Conference.

Dated:  October 27, 2008

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2