DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #12704
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ROBERT HENRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HENRY,<br><br>      Petitioner,<br><br>  v.<br><br>CHARLES MARSHALL, Warden,<br><br>      Respondent. | No. Civ. 94-0916 JKS EFB<br><br>**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:    November 18, 2008<br>Time:    10:00 a.m.<br>Court:   25<br>Judge:   Hon. EDMUND F. BRENNAN |

    ROBERT HENRY, CDC Number D-32467, petitioner in proceedings in the aforementioned case, is confined at Corcoran State Prison, in Corcoran, California, in the custody of the Warden, Derral G. Adams.  In order to secure ROBERT HENRY's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce ROBERT HENRY in Courtroom 25, 8th Floor, United States Courthouse, 501 I Street, Sacramento, California, on November 18, 2008, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1.  A Writ of Habeas Corpus Testificandum issue, under the seal of this court, commanding the Warden to produce ROBERT HENRY to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the

court; and thereafter to return ROBERT HENRY to the above institution;

2. The custodian is ordered to notify the court of any change in custody of ROBERT HENRY and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Corcoran State Prison, P.O. Box 3466, Corcoran, California 93212.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Derral G. Adams, Warden, Corcoran State Prison, P.O. Box 3466, Corcoran, California 93212:**

**WE COMMAND** you to produce ROBERT HENRY, CDC Number D-32467, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return him to the above institution.

**FURTHER**, you are ordered to notify the court of any change in his custody and are ordered to provide any new custodian with a copy of this writ.

DATED: November 3, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE