IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HENRY,

    Petitioner,                    No. CIV S-94-0916 JKS EFB P

    vs.

CHARLES D. MARSHALL,

    Respondent.                  <u>ORDER</u>

_____/

    Petitioner is a state prisoner seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He proceeds *pro se* and *in forma pauperis*. *See* 28 U.S.C. § 1915. An evidentiary hearing is scheduled for April 20, 2009.

    On March 26, 2009, pursuant to a request from petitioner's former counsel Assistant Federal Defender David M. Porter, the Court issued an order directing the Clerk of the Court to issue eight subpoenas on behalf of petitioner and forward them to the United States Marshal, and directing the Marshal to serve each of the subpoenas on the individuals referenced therein. On March 30, 2009, the Clerk's Office served the Marshal with the March 26 Order and the issued subpoenas.

    Also on March 30, 2009, the court received a letter from Mr. Porter, indicating that the address on one of the subpoenas he submitted along with his earlier letter is no longer valid. Mr.

1

1 | Porter indicated that Alex Taggart's current address is 1910 E. Harvey Avenue, Apartment E,
2 | Fresno, California 93701.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to scan and file a copy of the March 30, 2009 letter from Mr. Porter;

2. The Clerk of the Court is directed to serve David Porter with a copy of this order, as well as a copy of the March 26, 2009 order;

3. The Clerk of the Court is directed to issue a new subpoena for Alex Taggart, with the aforementioned current address, and forward that subpoena, along with a copy of this order, to the United States Marshal; and

4. Within five days from the date of receipt of the revised subpoena for Alex Taggart, the United States Marshal shall serve that subpoena, along with a copy of the March 26, 2009 order, on Alex Taggart, in accordance with the provisions of Federal Rule of Civil Procedure 45 and 28 U.S.C. § 566(c).

DATED: March 31, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE