**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

March 30, 2009

**FILED**

MAR 3 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**BY INTER-OFFICE MAIL**
Honorable Edmund F. Brennan
United States Magistrate Judge
501 I Street, 8th Floor
Sacramento, CA  95814

Re:  *Robert Henry v. Charles D. Marshall*
     Civ. 94-0916 JKS EFB

Dear Judge Brennan:

On March 23, 2008, I sent you a letter requesting the issuance of subpoenas for the evidentiary hearing in Mr. Henry's case. Since then, I learned that the address I provided for one of the witnesses -- Alex Taggart -- is no longer valid. Alex Taggart's current address is:

1910 E. Harvey Avenue, Apartment E
Fresno, CA  93701

As I mentioned in the last letter, one of our investigators can serve the subpoenas on the prospective witnesses who live in Vallejo and Fairfield. Because Mr. Taggart lives in Fresno, and not Fairfield as I thought, I request that the Court order the U.S. Marshal's Office to serve the subpoena on Alex Taggart as well as C. Kramer and Cherry Taggart.

Very truly yours,

David M. Porter
Assistant Federal Defender