IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HENRY,

      Petitioner,                No. CIV S-94-0916 JKS EFB P

   vs.

CHARLES D. MARSHALL,

      Respondent.           <u>ORDER</u>

/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. An evidentiary hearing was held in this action on April 20, 21, and 23, 2009. At the conclusion of the evidentiary hearing on April 23, 2009, the court discussed a briefing schedule with the parties. Petitioner indicated that, assuming he has access to the law library and his legal materials, he could submit a brief within thirty days. Respondent requested ten to fourteen days to respond to petitioner's brief.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner shall file a brief in this action on or before May 21, 2009;

      2. Respondent shall file a responsive brief on or before June 4, 2009;

      3. Petitioner shall file a response, if any, to respondent's brief on or before June 18, 2009; and

1

4. In light of those deadlines, between now and June 18, 2009, petitioner shall be given preferred legal user status and access to the law library at CSP-Sacramento, CSP-Corcoran, or any other institution at which he is housed.

DATED: April 24, 2009.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE